LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
Business Solutions, LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS SOLUTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BANIR GANATRA, an individual, ALLAN JABCZYNSKI, an individual, AMERICOR FUNDING, INC. a Delaware Corporation, BRANDREP, LLC, a Delaware Limited Liability Company, and BRANDREP HOLDINGS, LLC, a Delaware Limited Liability Company.<br><br>Defendants. | Case No. 18-cv-01426-AG (KESx)<br><br>**PROOF OF SERVICE OF EXECUTED SUMMONS** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-cv-01426-AG-KES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BrandRep, LLC
was received by me on *(date)* 08/15/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Phillip Moraeo, Admin. Asst. , who is designated by law to accept service of process on behalf of *(name of organization)* Cogency Global, Inc., Reg. Agent,1325 J St.,#1550, Sacramento, CA 95814 @3:20PM on *(date)* 08/15/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/16/2018

*Server's signature*

Robert J. Mason, Reg. No. 03-007, Placer Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHED LIST OF DOCUMENTS TO SUMMONS

### Business Solutions
### v.
### Banir Ganatra, et al.

### USDC Central District California, Western Division
### Case No. 8:18-cv-01426-AJG

1. 2018-08-15 Issued Summons
2. 2018-08-10 Civil Cover Sheet
3. 2018-08-10 Complaint
5. 2018-08-10 Certification and Notice of Interested Parties
6. 2018-08-13 Notice to Parties of Court Directed ADR Program
7. 2018-08-13 Notice of Assignment to Judge Guilford
8. Judge Guilford's Standing E-Discovery Order
9. Judge Guilford's Standing Protective Order
10. Judge Guilford's Procedures
11. Judge Guilford's Resume
12. Judge Guilford's Narrative
13. Orange County Bar Association Civility Guidelines
14. Order re Early Meeting of Parties and Scheduling Conference
15. Scheduling Order Specifying Procedures
16. Judge Guilford's Standing Patent Rules
17. 2010 Judge Guilford's Writing Article
18. Civil Filing Procedures
19. E-Filing and Case Management