**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BUSINESS SOLUTIONS, LLC,<br><br>Plaintiff.<br><br>v.<br><br>BANIR GANATRA, an individual, ALLAN JABCZYNSKI, an individual, AMERICOR FUNDING, INC., a Delaware Corporation, BRANDREP, LLC, a Delaware Limited Liability Company, and BRANDREP HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 8:18-cv-01426-DOC KESx<br><br>**JUDGMENT REGARDING THE BRANDREP DEFENDANTS' CROSS EX PARTE APPLICATION FOR ORDER HOLDING THAT BRANDREP DEFENDANTS HAVE ESTABLISHED GOOD CAUSE AND COMPELLING PLAINTIFF TO MEET AND CONFER OR, ALTERNATIVELY, TO EXTEND THE MOTION CUT-OFF DATE [171]**<br><br>Complaint filed: August 10, 2018<br>Motion Cut-Off: December 9, 2019<br>Pretrial Conf.: January 13, 2020<br>Trial: February 11, 2020 |

614\3388819.1

ORDER REGARDING BRANDREP DEFENDANTS' CROSS EX PARTE APPLICATION FOR ORDER HOLDING THAT BRANDREP DEFENDANTS HAVE ESTABLISHED GOOD CAUSE

# ORDER

Having considered the application of Defendants BrandRep, LLC and BrandRep Holdings, LLC ("BrandRep") and the declarations and exhibits in support, any written opposition and any additional evidence or argument the Court deemed necessary to decide the matter, and good cause appearing for the relief requested, the Court hereby grants the application as follows:

1. BrandRep has established good cause for re-filing its motion for summary judgment originally filed on October 21, 2019 [ECF No. 161] (the "Summary Judgment Motion");

2. Plaintiff Business Solutions, LLC is hereby ordered to meet and confer with BrandRep **on or before November 4, 2019, at a date and time mutually agreeable to the parties**, to thoroughly discuss the substance of the Summary Judgment Motion pursuant to Local Rule 7-3; and

3. After meeting and conferring on November 4, 2019, and in the absence of a resolution, BrandRep may re-file its Summary Judgment Motion on November 11, 2019.

Date: November 1, 2019          By: /s/ David O. Carter
                                    Hon. David O. Carter
                                    U.S. District Court Judge