1
2
3
4
5
6
7
8
9

10    UNITED STATES DISTRICT COURT

11    CENTRAL DISTRICT OF CALIFORNIA

| 12 | BUSINESS SOLUTIONS, LLC, | Case No. 8:18-cv-01426-DOC KESx |
|---|---|---|
| 13 | Plaintiff, | **ORDER GRANTING STIPULATION REGARDING LOCAL RULE 16-2 MEET AND CONFER** |
| 14 | v. | |
| 15 | BANIR GANATRA, *et al*,, | Complaint filed: August 10, 2018 |
| 16 | Defendants. | Pretrial Conference: February 4, 2020<br>Trial: February 11, 2020 |

17
18
19
20
21
22
23
24
25
26
27
28

614\3419467.1

ORDER GRANTING STIPULATION REGARDING LOCAL RULE 16-2 MEET AND CONFER

1   Plaintiff Business Solutions, LLC ("Plaintiff"), by and through counsel, and
2   Defendants Banir Ganatra, Allan Jabczynski, Americor Funding, Inc. (collectively,
3   "Americor Defendants"), BrandRep, LLC and BrandRep Holdings, LLC
4   (collectively, "BrandRep Defendants") (together with Americor Defendants, the
5   "Defendants"), by and through counsel, (collectively, the "Parties") having
6   stipulated, subject to approval of the Court, that the deadline to meet and confer in
7   advance of the Final Pretrial Conference pursuant to Local Rule 16-2 is extended to
8   December 30, 2019.

9   For Good Cause Shown, **IT IS SO ORDERED**.

Dated: December 19, 2019   _____
                            Honorable David O. Carter
                            United States District Judge

614\3419467.1

-1-

ORDER GRANTING STIPULATION REGARDING LOCAL RULE 16-2 MEET AND CONFER